Lawrence D. Murray (SBN 77536)
MURRAY & ASSOCIATES
1781 Union Street
San Francisco, CA  94123
Tel:     (415) 673-0555
Fax:     (415) 928-4084
Attorneys For Plaintiff RON E. REYNOLDS

Dennis J. Herrera (SBN 139669)
Stacey A. Lucas (SBN 154345)
Office of the City Attorney
1390 Market Street, 6th Floor
San Francisco, CA  94102
Tel:     (415) 554-3949
Fax:     (415) 554-4248
Attorneys For Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SYDNEY LAWS, PADGET MITCHELL,
HEATHER FONG and JAMES LYNCH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON E. REYNOLDS,<br><br>    Plaintiff,<br> vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a public entity, SYDNEY LAWS, PADGET MITCHELL, HEATHER FONG, JAMES LYNCH, and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.  CV 09 0301 RS<br><br>**STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE AND [~~proposed~~] ORDER THEREON**<br><br>Date:  January 20, 2011<br>Time:  10:00 a.m.<br>Judge:  Hon. Richard Seeborg<br>Courtroom:  Three, 17th Floor |

  Plaintiff RON REYNOLDS and Defendants CITY AND COUNTY OF SAN FRANCISCO, SYDNEY LAWS, PADGET MITCHELL, HEATHER FONG and JAMES LYNCH, by and through their respective attorneys of record, hereby stipulate and request the Court to continue the Further Case Management Conference currently scheduled for January 20, 2011 at 10:00 a.m.

  Good cause exists to continue the Further Case Management Conference in order to give Plaintiff additional time to draft an amended complaint for review by Defendants to consider stipulating

to its filing.  Plaintiff commenced and anticipated completing an amended complaint in December, however Plaintiff's counsel was unable to complete the amended complaint in the time allotted by the Court and requested additional time from Defendants' counsel, who agreed.

The Parties request the Court continue the Further Case Management Conference approximately three weeks to February 15, 2011, or as soon thereafter as the Court deems appropriate.

Date:  January 11, 2011

MURRAY & ASSOCIATES                                    OFFICE OF THE CITY ATTORNEY

/s/ Lawrence D. Murray                                          /s/ Stacey A. Lucas
Lawrence D. Murray                                                Stacey A. Lucas
Attorney for Plaintiff                                                Attorney for Defendants

### ORDER ON STIPULATION FOR CONTINUANCE

HAVING READ AND CONSIDERED THE FOREGOING, and good cause appearing:

The foregoing is the order of the court.  The Further Case Management Conference is continued to __2/17/2011_____ at the hour of __10:00 a.m.___, in Courtroom Three.

It is further ordered that plaintiff shall have to and including January 31, 2011, to request to amend the complaint.

Date:  January  12 , 2011

_____
Hon. Richard Seeborg
UNITED STATES DISTRICT COURT JUDGE