*E-Filed 9/1/11*

1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH S. SALVESON, State Bar #83788
   Chief Labor Attorney
3  ANDREW GSCHWIND, State Bar #231700
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Fifth Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3973
6  Facsimile:    (415) 554-4248

7  Attorneys for Defendants

8

   Lawrence Murray, Esq.
9  MURRAY & ASSOCIATES
   1781 Union Street
10 San Francisco, CA 94123
   Telephone:    (415) 673-0555
11 Facsimile:    (415) 928-4084

12 Attorneys for Plaintiff

13
                UNITED STATES DISTRICT COURT
14
                NORTHERN DISTRICT OF CALIFORNIA
15

RON E. REYNOLDS,                    Case No. C 09-0301 RS

    Plaintiff,                      **STIPULATION AND [PROPOSED] ORDER CONTINUING DISCOVERY AND CASE MANAGEMENT DATES PENDING RULING ON DEFENDANTS' MOTION TO DISMISS AS MODIFIED BY THE COURT**

    vs.

CITY AND COUNTY OF SAN
FRANCISCO, a public entity, SYDNEY
LAWS, PADGET MITCHELL, HEATHER
FONG, JAMES LYNCH, and Does 1 through
100, inclusive,

    Defendants.

The parties, Plaintiff Ron E. Reynolds ("Plaintiff"), and Defendants City and County of San Francisco, Sydney Laws, Padget Mitchell, Heather Fong, and James Lynch (collectively, "Defendants"), by and through their attorneys of record, hereby stipulate and request that the Court continue discovery and related case management dates in this action for six months, as the parties

believe that it does not make sense for depositions and/or other discovery to go forward further until the Court rules on Defendants' pending motion to dismiss, as this ruling will dramatically affect the scope of claims and facts at issue in this lawsuit. (This motion was filed on April 1, 2011 and heard on May 12, 2011.)

Both parties believe that, until the Court rules on the pending motion and determines the scope of factual and legal issues that will need to be addressed and resolved in this case, it would be potentially very wasteful in moving forward with further discovery at this time.

This is the first stipulation and proposed order to continue discovery and subsequent case management deadlines in this case.

The parties thus jointly request that the Court continue the discovery deadline and all subsequent case management deadlines in this action by six months.

Dated: August 30, 2011

Respectfully submitted,

DENNIS J. HERRERA
City Attorney
ELIZABETH SALVESON
Chief Labor Attorney
ANDREW GSCHWIND
Deputy City Attorney

By: _____/s./_____
ANDREW GSCHWIND

Attorneys for Defendants

Dated: August 30, 2011

Respectfully submitted,

MURRAY & ASSOCIATES

By: _____/s./_____
LAWRENCE D. MURRAY[1]

Attorneys for Plaintiff

---

[1] **Per** General Order 45, section X.B., defense counsel hereby attests that he has obtained the concurrence, consent and authorization of Mr. Murray's office to file this document on his behalf.

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Good cause appearing from the Parties' stipulation, the Court hereby continues ~~discovery and~~ |
| 3 | ~~all subsequent case management deadlines in this action six months [or _____ ] [to be~~ |
| 4 | ~~completed by Court].~~ THE DEADLINE TO COMPLETE FACT DISCOVERY TO DECEMBER 30, 2011 ALL OTHER DATES AND DEADLINES REMAIN IN PLACE. |
| 5 | SO ORDERED. |

Date: 9/1/11

*/s/ Richard Seeborg*

The Honorable Richard Seeborg
UNITED STATES DISTRICT COURT JUDGE