DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
ANDREW GSCHWIND, State Bar # 231700
Deputy City Attorney
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3973
Facsimile:     (415) 554-4248

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON E. REYNOLDS,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a public entity, SYDNEY LAWS, PAGET MITCHELL. HEATHER FONG, JAMES LYNCH, and Does 1 through 100, inclusive,<br><br>Defendants. | Case No. C 09-0301 RS<br><br>**DECLARATION OF BELINDA CHIN IN SUPPORT OF DEFENDANTS' SUMMARY JUDGMENT MOTION** |

I, Belinda Chin, declare as follows:

1.     I am employed by the City & County of San Francisco as the Payroll Manager for the San Francisco Police Department ("SFPD"). I am a "civilian" employee and not a peace officer. The information contained in this declaration is true of my own personal knowledge, and if called upon to do so, I could and would competently testify thereto.

2.     Based on the SFPD's automated payroll record system records, Plaintiff Ron Reynolds was paid the following hours and amounts of Overtime Pay (payroll code "OT") between January 1, 2005 and December 31, 2008:

    2005:   64.5 hours - $4,592.94

    2006:   33.5 hours - $2,537.56

1    2007:   86.5 hours - $6,762.53

2    2008:   141.5 hours - $11,815.93

3  In addition to regular Overtime Pay, however, there are also other factors and types of pay that can

4  make earnings between SFPD officers of the same rank or civil service vary, such as: night shift

5  differential premium pay (greater pay for working the graveyard shift), on-call pay (paid at regular

6  pay rate but for extra hours), court appearance pay (paid at time a half, like regular overtime),

7  "overtime straight " pay (technically overtime but paid at regular pay rate if employee worked less

8  than 40 hrs. per week), etc.  In any event, while the amount of overtime worked by Insp. Reynolds'

9  declined in 2006 as compared to 2005, the amount of overtime that he worked in 2007 and 2008 was

10  substantially more than he worked in 2005.

11

12       I declare under penalty of perjury under the laws of the State of California that the preceding

13  declaration is true, and that this declaration was executed on February 1, 2012 in San Francisco,

14  California.

15

16                                        BELINDA CHIN

17

18

19

20

21

22

23

24

25

26

27

28