DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
ANDREW GSCHWIND, State Bar # 231700
Deputy City Attorney
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3973
Facsimile: (415) 554-4248

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RON E. REYNOLDS,

    Plaintiff,

vs.

CITY AND COUNTY OF SAN FRANCISCO, a public entity, SYDNEY LAWS, PAGET MITCHELL. HEATHER FONG, JAMES LYNCH, and Does 1 through 100, inclusive,

    Defendants.

Case No. C 09-0301 RS

**DECLARATION OF LT. MOLLY PENGEL IN SUPPORT OF DEFENDANTS' SUMMARY JUDGMENT MOTION**

I, Molly Pengel, declare as follows:

1. I am a police officer employed by the San Francisco Police Department ("SFPD"), part of the City & County of San Francisco. I am an SFPD Lieutenant and am currently the Day Watch Platoon Commander at the SFPD's Mission Station. The information contained in this declaration is true of my own personal knowledge, and if called upon to do so, I could and would competently testify thereto.

2. In April 2006, I was the OIC of the SFPD's Sexual Assault Detail, also referred to as "Sex Crimes" (or the "Unit"). Attached hereto as Exhibits A through D are four photographs that accurately depict the layout of the Sex Crimes office as it existed at that time (April, 2006). This office is now used by another SFPD unit. However, the layout of the office has not changed. Exhibit

A is a view of the office from someone who has just walked in the door from the hallway. In the foreground is an enclosed secretarial and reception area. Beyond the partition is the main room where all Sex Crimes Inspectors worked in close proximity. Exhibit B is a photograph taken from the back of the Sex Crimes Office, near where Plaintiff worked, looking back toward the hallway door and reception area. Exhibit C is a photograph partially showing the four doorways that open to private rooms off the main office area. In the foreground (left) is the OIC's, or Lieutenant's, Office, next are two interview rooms, finally (far right) is the doorway to a small dedicated computer room. Exhibit D is a view from the main office looking into the two interview rooms and the OIC's office (far left).

3. The main Sex Crimes room was roughly 30-35 feet long by eighteen feet wide. The Inspector's work areas, or desks, are divided by partitions that come up waist-high, roughly 38 to 40 inches off the ground.

4. Plaintiff never made a complaint to me, either verbally or in writing, that he was being harassed or discriminated against on account of his gender (male) or sexual orientation by anyone.

5. At the time that Plaintiff was transferred out of Sex Crimes, I believe there were six male Inspectors and three female Inspectors working in the Unit.

6. Plaintiff called me one day in February, 2006 stating that a photocopy of the front of his Department ID was inside an interoffice envelope sent to D.A.'s office victim's advocate Thea Tremain. This ID, which officers must show to the public upon request, does not contain information any personal information, such as date of birth or marital status, etc.

I declare under penalty of perjury under the laws of the State of California that the preceding declaration is true, and that this declaration was executed on February 1, 2012 in San Francisco, California.

_____
MOLLY PENGEL

PENGEL DECL. RE: DEFS' SJ MOTION 2
Case No.: C 09-0301 RS

n:\labor\li2011\090733\00752043.doc

# EXHIBIT A



# EXHIBIT B



# EXHIBIT C



# EXHIBIT D

