DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
ANDREW GSCHWIND, State Bar # 231700
Deputy City Attorney
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3973
Facsimile: (415) 554-4248

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON E. REYNOLDS,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a public entity, SYDNEY LAWS, PAGET MITCHELL. HEATHER FONG, JAMES LYNCH, and Does 1 through 100, inclusive,<br><br>    Defendants. | Case No. C 09-0301 RS<br><br>**DECLARATION OF INSP. SIDNEY LAWS IN SUPPORT OF DEFENDANTS' SUMMARY JUDGMENT MOTION** |

I, Sidney Laws, declare as follows:

1. I am a police officer and Inspector employed by the San Francisco Police Department ("SFPD"). The information contained in this declaration is true of my own personal knowledge, and if called upon to do so, I could and would competently testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the recording that I made of Plaintiff Ron Reynolds talking at his desk on the phone with a stalking suspect on the afternoon of April 7, 2006. I recorded this conversation from my desk and did not use any sound amplification device. As I told the MCD investigator when questioned about this incident, Sex Crimes Inspector Joe Cordes was sitting sat his desk very close to Plaintiff when I first overheard Plaintiff talking to this suspect. Concerned about Plaintiff's conversation, I remember looking over at Insp. Cordes to

1 | see if he was hearing what I was hearing, but his attention was directed elsewhere. I then turned on
2 | my recorder.
3 |
4 | I declare under penalty of perjury under the laws of the State of California that the preceding
5 | declaration is true, and that this declaration was executed on February 1, 2012 in San Francisco,
6 | California.

SIDNEY LAWS

LAWS DECL. RE: DEFS' SJ MOTION            2                    n:\labor\li2011\090733\00752249.doc
Case No.: C 09-0301 RS

# EXHIBIT A

