```
1    Lawrence D. Murray (SBN 77536)
     MURRAY & ASSOCIATES
2    1781 Union Street
3    San Francisco, CA  94123
     Tel:    (415) 673-0555
4    Fax:    (415) 928-4084
     Attorneys For Plaintiff RON E. REYNOLDS
5

6    Dennis J. Herrera (SBN 139669)
     Andrew Gschwind (SBN 231700)
7    Office of the City Attorney
     1390 Market Street, 6th Floor
8    San Francisco, CA  94102
9    Tel:    (415) 554-3949
     Fax:    (415) 554-4248
10   Attorneys For Defendants
     CITY AND COUNTY OF SAN FRANCISCO,
11   SYDNEY LAWS, PADGET MITCHELL,
12   HEATHER FONG and JAMES LYNCH
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON E. REYNOLDS,<br><br>         Plaintiff,<br>     vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a public entity, SYDNEY LAWS, PADGET MITCHELL, HEATHER FONG, JAMES LYNCH, and DOES 1 through 100, inclusive,<br><br>         Defendants. | Case No.  CV 09 0301 RS<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO OPPOSE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND [proposed] ORDER THEREON**<br><br>**Date:   February 6, 2012**<br>**Judge:  Hon. Richard Seeborg** |

    Plaintiff RON REYNOLDS and Defendants CITY AND COUNTY OF SAN FRANCISCO, SYDNEY LAWS, PADGET MITCHELL, HEATHER FONG and JAMES LYNCH, by and through their respective attorneys of record, hereby stipulate and request the Court to grant an eight day extension to Plaintiff to file his Opposition to Defendant's Motion for Summary Judgment.
         .

The Defendant filed their Motion for Summary Judgment on February 2, 2012, setting a hearing date of March 8, 2012.  (Docket No. 68-71).  Pursuant to the Court's Scheduling Order following Defendant's Administrative Motion which continued the Pretrial Motion Deadline, Plaintiff's opposition is currently due on February 16, 2012.  (Docket No. 67, calculating Plaintiff's opposition due date as 21 days in advance of hearing date of Defendant's motion for summary Judgment).  Defendant's reply is due February 23, 2012.

Good cause exists to grant Plaintiff's requested extension as there is an outstanding deposition of named Defendant Padget Mitchell.  This deposition is currently calendared to commence on Friday February 10, 2012.  It is anticipated that Defendant Padget Mitchell will provide information and testimony necessary for Plaintiff's opposition of Defendant's Motion for Summary Judgment.  Plaintiff anticipates he will be able to conclude this deposition, obtain the necessary transcripts, and incorporate the testimony into his opposition papers with the requested 8 day extension.

With good cause established by Plaintiff's need to complete discovery and obtain transcripts of deposition testimony, the parties hereby stipulate to extend Plaintiff's time to oppose Defendant's Motion for Summary Judgment to February 24, 2012.  Defendant's reply, if any, will be due by March 1, 2012.  The hearing date will remain calendared for March 8, 2012.

The Parties request these changes be made to the current Scheduling Order regarding Defendant's Motion for Summary Judgment.

Date:  February 6, 2012

| MURRAY & ASSOCIATES | OFFICE OF THE CITY ATTORNEY |
|---|---|
| /s/ Robert C. Strickland | /s/ Andrew Gschwind |
| Robert C. Strickland | Andrew Gschwind |
| Attorney for Plaintiff | Attorney for Defendants |

**ORDER ON STIPULATION**

HAVING READ AND CONSIDERED THE FOREGOING, and good cause appearing:

    The foregoing is the order of the court:

- Plaintiff's time to file Opposition to Defendant's Motion for Summary Judgment shall be extended by eight days and filed by February 24, 2012.
- Defendant's time to file a Reply shall be extended to March 1, 2012.
- The hearing date on Defendant's Motion for Summary Judgment shall remain on calendar on its current date of March 8, 2012.

    It is so ordered.

Date:  February __8__, 2012

_____
Hon. Richard Seeborg
UNITED STATES DISTRICT COURT JUDGE