IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RON E. REYNOLDS,<br><br>        Plaintiff,<br>   v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a public entity, SYDNEY LAWS, PAGET MITCHELL. HEATHER FONG, JAMES LYNCH, and Does 1 through 100, inclusive,<br><br>        Defendants.<br>_____/ | No. C 09-00301 RS<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on September 11, 2014. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

    1.    ALTERNATIVE DISPUTE RESOLUTION.

    MEDIATION: The parties are hereby REFERRED to the court's ADR department for the purpose of engaging in mediation to take place, ideally, within the next 90 days.

    2.    DISCOVERY.

1  On or before February 12, 2015 all non-expert discovery shall be completed by the
2  parties. Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b)
3  twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable
4  number of requests for production of documents or for inspection per party; and (d) a reasonable
5  number of requests for admission per party.

6      3.    DISCOVERY DISPUTES.

7  Discovery disputes will be referred to a Magistrate Judge. After the parties have met and
8  conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute.
9  Up to 12 pages of attachments may be added. The joint letter must be electronically filed under
10 the Civil Events category of "Motions and Related Filings >Motions--General > Discovery
11 Letter Brief." The Magistrate Judge to whom the matter is assigned will advise the parties of
12 how that Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal
13 briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned,
14 all further discovery matters shall be filed pursuant to that Judge's procedures.

15     4.    EXPERT WITNESSES. The disclosure and discovery of expert witnesses shall
16 proceed as follows:

17 A. On or before June 17, 2015, parties will designate experts in accordance with Federal
18 Rule of Civil Procedure 26(a)(2).

19 B. On or before June 30, 2015, parties will designate their supplemental and rebuttal
20 experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

21 C. On or before July 28, 2015, all discovery of expert witnesses pursuant to Federal Rule
22 of Civil Procedure 26(b)(4) shall be completed.

23     6.    PRETRIAL MOTIONS. All dispositive pretrial motions must be filed and served
24 pursuant to Civil Local Rule 7. Each party is limited to one motion for summary judgment
25 absent leave of Court. All pretrial motions shall be heard no later than May 14, 2015.

26     7.    PRETRIAL CONFERENCE. The final pretrial conference will be held on
27 **September 17, 2015 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450

CASE MANAGEMENT SCHEDULING ORDER

2

1  Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the
2  case shall attend personally.
3        8.     TRIAL DATE.  A jury trial shall commence on **September 28, 2015 at 9:00**
4  **a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San
5  Francisco, California.
6        IT IS SO ORDERED.

8  DATED:  September 11, 2014

      _____
      RICHARD SEEBORG
      United States District Judge

**United States District Court**
For the Northern District of California

CASE MANAGEMENT SCHEDULING ORDER

3