IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Ron E. Reynolds,

       Plaintiffs,

  v.

City and County of San Francisco, et al.,

       Defendants.

No. C 09-00301 RS

**STANDBY ORDER OF DISMISSAL**

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **June 22, 2015**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **June 25, 2015 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: February 18, 2015

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE