UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RON E. REYNOLDS,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

Case No. 09-cv-00301-RS

**ORDER DISMISSING ACTION**

On February 18, 2015, defendants filed notice that the parties had reached a settlement in principle, subject to certain finalization issues, and requested that all deadlines be vacated. A standby order of dismissal issued, required the parties either to file a stipulation of dismissal by June 22, 2015 or to appear on June 25, 2015 and show cause why the case should not be dismissed. The parties were advised that failure to comply with the order could result in dismissal of the case. At the parties' request, the deadlines were subsequently extended to July 27, 2015 and July 30, 2015, respectively.

The parties thereafter failed to file a stipulated dismissal or any other response, or to communicate with the Court, or to appear at the hearing. Good cause appearing, this action is hereby dismissed.

**IT IS SO ORDERED**.

Dated: July 30, 2015

_____
RICHARD SEEBORG
United States District Judge